IN THE SUPREME COURT OF THE STATE OF DELAWARE

DALE E. YEILDING and SANDRA
YEILDING,

    Defendants, Counterclaim and Third-
Party Plaintiffs Below,
Appellants,

            v.

COUNCIL OF ASSOCIATION OF
UNIT OWNERS OF PELICAN COVE
CONDOMINIUM, ROBERT and
KAREN LANGDON, CATHERINE
ROBINSON, DONALD and
LORRAINE FORD, PAUL LUISI,
LURRAINE LUISI, MICHAEL
GAVRON, CATHERINE GAVRON,
ROBERT and DEBORAH GAVRON,
RICHARD and KAROLYN
SCHRUFER, WILLIAM and
KATHERINE LUCAS, and SHERRY
GRETH,

    Plaintiffs, Counterclaim Defendants,
and Third-Party Defendants Below,
Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 421, 2020

Court Below – Court of Chancery
of the State of Delaware

C.A. No. 12793-VCG

Submitted: July 14, 2021
Decided: August 4, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 4th day of August, 2021, after careful consideration of all briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the June 3, 2019 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice